United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 11-07388-JAF
Billy E. Weathington                                                    Chapter 7
Rhonda G. Weathington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-3          User: baldws              Page 1 of 3           Date Rcvd: Jan 12, 2012
                              Form ID: B18J            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2012.
```
db/jdb       +Billy E. Weathington,    Rhonda G. Weathington,    450683 State Road 200,    Callahan, FL 32011-4414
21115128     +A.R.M,    P.O. Box 277690,    Hollywood, FL 33027-7690
21115132     +AR Resources,    P.O. Box 1056,    Blue Bell, PA 19422-0287
21115135     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
21115137     +Baptist Hospital,    P.O. Box 45058,    Jacksonville, FL 32232-5058
21115141     +Dom. N. Lerner, MD, PA,    836 Prudential Drive South,    Suite 1802,    Jacksonville, FL 32207-8345
21115142     +Farm Bureau Bank,    17300 Henderson Pass,    San Antonio, TX 78232-1663
21115143     +First Source Advantage, LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
21115144     +Fletcher Medical,    6851 Distribution Medical,    Avenue South,    Jacksonville, FL 32256-2742
21115147     +Integrity Financial Partners,    4370 West 109th Street,    Suite 100,    Leawood, KS 66211-1316
21115149     +JCC Christensen,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
21115148     +Jacksonville Pathology Cons,    P.O. Box 8989,    Jacksonville, FL 32239-0989
21115153     +Monarch Recovery,    10965 Decatur Road,    Philadelphia, PA 19154-3210
21115125    ++NASSAU COUNTY TAX COLLECTOR,    86130 LICENSE ROAD,    STE 8,    FERNANDINA BEACH FL 32034-3786
              (address filed with court: Nassau County Tax Collector,    96135 Nassau Place,    Yulee FL 32097)
21115155      NCO Financial Systems,    15630,    Dept 99,    Wilmington, DE 19850
21115158     +Sears/cbna,    701 East 60th St N,    Sioux Falls, SD 57104-0432
21115159     +Sprint,    c/o North Shore Coll Agency,    4000 East Fifth Avenue,    Columbus, OH 43219-1811
21115160     +Zakheim & Associates, PA,    1045 S. University Drive,    Suite 202,
               Fort Lauderdale, FL 33324-3333
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21115131     +EDI: AMEREXPR.COM Jan 13 2012 00:33:00      American Express,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
21115130     +EDI: AMEREXPR.COM Jan 13 2012 00:33:00      American Express,    American Express Special Research,
               Po Box 981540,    El Paso, TX 79998-1540
21115129     +EDI: AMEREXPR.COM Jan 13 2012 00:33:00      American Express,    Special Research,    Po Box 981540,
               El Paso, TX 79998-1540
21115134     +EDI: ACCE.COM Jan 13 2012 00:28:00      Asset Acceptance Llc,    Pob 1630,    Warren, MI 48090-1630
21115133     +EDI: ACCE.COM Jan 13 2012 00:28:00      Asset Acceptance Llc,    Attn: Bankruptcy,    Po Box 2036,
               Warren, MI 48090-2036
21173165     +EDI: ATLASACQU.COM Jan 13 2012 00:33:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
21115136     +E-mail/PDF: pfsebn@bmcjax.com Jan 13 2012 04:00:47      Baptist Health,    P.O. Box 45094,
               Jacksonville, FL 32232-5094
21115138     +E-mail/PDF: pfsebn@bmcjax.com Jan 13 2012 04:00:47      Baptist Medical Center,    P.O. Box 45058,
               Jacksonville, FL 32232-5058
21115140     +EDI: CITICORP.COM Jan 13 2012 00:33:00      Citibank Usa,    Po Box 6497,
               Sioux Falls, SD 57117-6497
21115139     +EDI: CITICORP.COM Jan 13 2012 00:33:00      Citibank Usa,    Citicorp Credit Services,
               Po Box 20363,    Kansas City, MO 64195-0363
21115126      EDI: FLDEPREV.COM Jan 13 2012 00:33:00      Florida Dept. of Revenue,    Bankruptcy Unit,
               P.O. Box 6668,    Tallahassee, FL 32314-6668
21115146     +EDI: RMSC.COM Jan 13 2012 00:33:00      Gemb/sams Club Dc,    Po Box 965005,
               Orlando, FL 32896-5005
21115145     +EDI: RMSC.COM Jan 13 2012 00:33:00      Gemb/sams Club Dc,    Gemb Finance,    Po Box 103104,
               Roswell, GA 30076-9104
21115150     +EDI: RESURGENT.COM Jan 13 2012 00:33:00      Lvnv Funding Llc,    Po Box 740281,
               Houston, TX 77274-0281
21115151     +EDI: MID8.COM Jan 13 2012 00:28:00      Midland Credit Management,    8875 Aero Dr,    Suite 200,
               San Diego, CA 92123-2255
21115152     +EDI: MID8.COM Jan 13 2012 00:28:00      Midland Credit Management,    8875 Aero Dr,
               San Diego, CA 92123-2255
21115154      EDI: NESF.COM Jan 13 2012 00:33:00      National Enterprise Systems,    29125 Solon Road,
               Solon, OH 44139-3442
21115156     +EDI: CBCSI.COM Jan 13 2012 00:33:00      Resipratory Critical Care,    c/o CBCS,    P.O. Box 163729,
               Columbus, OH 43216-3729
21115157     +EDI: RESURGENT.COM Jan 13 2012 00:33:00      Resurgent Capital Services,    15 S. Main Street,
               Suite 600,    Greenville, SC 29601-2768
21328365      EDI: NEXTEL.COM Jan 13 2012 00:28:00      Sprint Nextel Correspondence,    Attn Bankruptcy Dept,
               PO Box 7949,    Overland Park KS 66207-0949
21115127     +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jan 13 2012 02:44:26      United States Trustee,
               135 W Central Blvd, Suite 620,    Orlando, FL 32801-2440
                                                                                              TOTAL: 21
```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113A-3           User: baldws                Page 2 of 3              Date Rcvd: Jan 12, 2012
                               Form ID: B18J              Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2012**           **Signature:**    *Joseph Speetjens*

```
District/off: 113A-3          User: baldws                Page 3 of 3                   Date Rcvd: Jan 12, 2012
                              Form ID: B18J              Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2012 at the address(es) listed below:

```
          Aaron R. Cohen    acohen60@bellsouth.net,   ahc@trustesolutions.com,vnh59@aol.com,
           jessica.silvey@yahoo.com,ahc@trustesolutions.net
          Atlas Acquisitions LLC    avi.schild@atlasacq.com
          Eugene H Johnson    on behalf of Debtor Billy Weathington ehj@johnsonlawpa.com,
           spollock@johnsonlawpa.com;ashley@johnsonlawpa.com
          United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No.  3:11−bk−07388−JAF

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Billy E. Weathington | Rhonda G. Weathington |
| 450683 State Road 200 | 450683 State Road 200 |
| Callahan, FL 32011 | Callahan, FL 32011 |

Social Security No.:
  xxx−xx−4703                                                                xxx−xx−5087

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____

Dated: January 12, 2012          Jerry A. Funk
                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (08/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**